(88 South. 927)

THOMPSON v. WOODWARD IRON CO. (6 Div. 728.) (Court of Appeals of Alabama. Oct. 20, 1920.) Appeal from Circuit Court,

Jefferson County; J. C. B. Gwin, Judge. Frank S. White & Sons, of Birmingham, for appellant. Nesbit & Sadler, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.